No. 320, Misc. NORRIS *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 593. PERPETUAL BUILDING & LOAN ASSN. *v.* SERIES DIRECTORS OF EQUITABLE BUILDING & LOAN ASSN. ET AL. C. A. 4th Cir. Certiorari denied. *Edward W. Mullins* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the Federal National Mortgage Association; and *Edgar L. Morris* for C. W. Haynes & Co., Inc. et al., respondents.

No. 626. KORMUTH *v.* UNITED STATES STEEL CO. ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied. *W. Bertram Waychoff, Joseph F. Mc-Veigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner. *Charles E. Kenworthey* for the United States Steel Co.; and *Charles M. Thorp, Jr.* and *W. C. Montgomery* for the Hillman Coal & Coke Co. et al., respondents.

No. 632. LLOYD *v.* CAMPBELL, EXECUTOR, ET AL. Supreme Court of Ohio. Certiorari denied. *Paul Thomas Key* for petitioner. *Ralph Stickle* and *George Q. Keeley* for Lloyd, respondent.

No. 633. DESMOND *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger,*

912

*Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 637. PELLICER *v.* BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. C. A. 5th Cir. Certiorari denied. *Martin J. Pearl* for petitioner. *Clarence M. Mulholland, Edward J. Hickey, Jr., Richard R. Lyman* and *James L. Crawford* for the Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees et al.; and *Wm. Hart Sibley* for the Railway Express Agency, Inc., respondents.

No. 638. BENTON COUNTY, OREGON, ET AL. *v.* CLACK-AMAS COUNTY, OREGON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul R. Connolly* for petitioners. *Richard L. Merrick* for respondent.

No. 639. MATSON NAVIGATION Co. *v.* LAWLER. C. A. 9th Cir. Certiorari denied. *Moses Lasky* for petitioner. *Richard Gladstein* for respondent. *John Hays* filed a brief for the Pacific American Steamship Association, as *amicus curiae,* urging reversal.

No. 642. DOTO, ALIAS ADONIS, *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Abraham J. Slurzberg* and *William H. Collins* for petitioner. *Ralph L. Fusco,* Deputy Attorney General of New Jersey, for respondent.

No. 666. RECORD PUBLISHING Co. *v.* HERTZ ET AL. C. A. 3d Cir. Certiorari denied. *William W. Knox* for petitioner. *Charles E. Kenworthey* for respondents.